**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| QUADRIGA ART, LLC </br></br> Plaintiff </br></br> v. </br></br> DOUGLAS C. HART </br></br> Defendant | ) </br> ) </br> ) </br> ) Civil Action No. 09-177S </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION

Plaintiffs Quadriga Art, LLC ("Quadriga") having filed a complaint with copies of artworks attached pursuant to the Copyright Act and Lanham Act against Defendant Douglas C. Hart ("Hart"), alleging that Quadriga holds copyrights in works by William Luberoff and others and alleging that Hart copied works of Luberoff owned by Quadriga, which complaint and copies constitute prima facie evidence of copyright infringement under 17 U.S.C. § 501; Hart having answered the complaint and provided Quadriga with documents and deposition testimony which confirm that Hart artistically referenced in his works the works of William Luberoff; and the Court having reviewed the complaint, answer and other pleadings, and with the assent of the parties,

**IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED** that Quadriga is entitled to this Stipulated Judgment and Permanent Injunction pursuant to 17 U.S.C. § 502(a) which shall be entered against Defendant as follows:

1. Hart is hereby permanently restrained and enjoined from copying, reproducing, publishing, offering for sale, or using in any other fashion works owned by Quadriga, including

2. Hart will accept service of subpoenas for testimony or documents and submit to the terms of such subpoenas, without the requirement of formal service, in any litigation that Quadriga undertakes against third parties relating to its works, including the works identified in the complaint.

3. The Court retains jurisdiction to enforce or modify this Permanent Injunction as may be appropriate.

4. In any action to enforce this Permanent Injunction, Quadriga shall be entitled to reasonable attorneys' fees and costs if it prevails.

Dated: June 10, 2010

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
| --- | --- |
| QUADRIGA ART, LLC | DOUGLAS C. HART |
| */s/ Eric M. Sommers* | */s/Michael E. Sendley* |
| Eric Sommers, RI Bar No. 6123 | Michael E. Sendley, Esq. (#5581) |
| Sommers Law, PLLC | McKinnon & Harwood, LLC |
| 155 Fleet Street | 1168 Newport Avenue |
| Portsmouth NH 03801 | Pawtucket, RI 02861 |
| (603) 570-4854 | (401) 723-9655 |
| Eric@sommerslaw.com | Contact@mckinnonharwood.com |

_____
Thomas J. Donovan, *pro hac vice*
McLane, Graf, Raulerson & Middleton
 Professional Association
900 Elm Street, P.O. Box 326
Manchester, New Hampshire 03105-0326
(603) 625-6464

**SO ORDERED.**

Date:_____                             _____
                                          Hon. William E. Smith

## **Certificate of Service**

I certify that on June 10, 2010, the foregoing Stipulated Final Judgment and Permanent Injunction has been served electronically through the Court's ECF system upon counsel of record.

                                                   /s/ Eric M. Sommers
                                                   Eric M. Sommers